STEVEN S. ALM
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
Telephone: (808)541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 7 2000

at 3 o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00192 DAE |
| Plaintiff, | ) ) ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) ) | Counts 1-8: 18 U.S.C. §§ 1343 and 2 (wire fraud and aiding and abetting wire fraud) |
| RODERICK RODRIGUEZ, (01) ROBERTA L.K. CABRAL, (02) | ) ) ) | |
| Defendants. | ) ) | |

### FIRST SUPERSEDING INDICTMENT

#### COUNTS 1-8
(18 U.S.C. §§ 1343 and 2)
(wire fraud and aiding and abetting wire fraud)

The Grand Jury charges:

At all times material to this Indictment:

I.  **INTRODUCTION**

1.  Unity House, Inc. (hereinafter "Unity House") was a non-profit corporation established under the laws of the State of Hawaii.  A.R. was President of Unity House.  J.W. was

Executive Director of Unity House. A.R. and J.W. are not defendants in this Indictment.

  2. Diamond Head Group, Inc., doing business as DeFalco West Advertising (hereinafter "DeFalco West Advertising"), was a corporation established under the laws of the State of Nevada. M.L. was President of DeFalco West Advertising and he is not a defendant in this Indictment.

  3. DeFalco Pacific Advertising, Inc. (hereinafter "DeFalco Pacific"), was a corporation established under the laws of the State of Hawaii. Defendant ROBERTA L.K. CABRAL (hereinafter "CABRAL") was the President of DeFalco Pacific.

  4. Heavenly Road Productions, Inc., was a corporation established under the laws of the State of California. M.L. was President of Heavenly Road Productions, Inc.

  **II. THE SCHEME TO DEFRAUD UNITY HOUSE**

  5. From on or about a date between March 23, 1994, and April 4, 1994, with the exact date unknown to the Grand Jury, and continuing thereafter to October 31, 1996, in the District of Hawaii and elsewhere, defendants RODERICK RODRIGUEZ (hereinafter RODRIGUEZ) and CABRAL knowingly devised and intended to devise a scheme to defraud Unity House by having Unity House fund a one-hour television movie (eventually titled "Heavenly Road"), which would later be used as the basis for a proposed television series called "Blue Hawaii," such that CABRAL would receive a kickback

of $150,000 from the funding of the project without disclosing that information to Unity House.

### III. **THE MANNER AND METHOD OF EXECUTING THE SCHEME**

6. It was a part of the scheme to defraud Unity House that RODRIGUEZ and CABRAL persuaded M.L. to "pad" the budget of "Heavenly Road" in order to conceal from the Unity House Board of Directors and its relevant committees such as the Administrative and Finance Committees that CABRAL would receive a kickback of $150,000. It was a material omission to fail to disclose to the Unity House Board of Directors and its relevant committees of the plan for CABRAL to get a kickback of $150,000.

7. It was a part of the scheme to defraud Unity House that a memorandum dated April 4, 1994 was prepared on behalf of A.R. that was addressed to Unity House's Administrative Committee that stated that the budget for the proposed movie should be increased by $100,000 so that DeFalco West Advertising would be able to pay full union scale wages as workers would get on any other movie project.

8. It was further a part of the scheme to defraud Unity House that on or about April 11, 1994, DeFalco West Advertising gave DeFalco Pacific $20,000. On or about April 18, 1994, CABRAL transferred $15,000 of that $20,000 to the bank account of Robbie Cabral & Associates which was controlled by CABRAL.

9. It was further a part of the scheme to defraud Unity House that on or about May 9, 1994, DeFalco West Advertising gave DeFalco Pacific $5,000. On or about May 9, 1994, CABRAL transferred $3,000 of that $5,000 to the bank account of Robbie Cabral & Associates which was controlled by CABRAL.

10. It was further a part of the scheme to defraud Unity House that RODRIGUEZ assisted M.L. in 1995 in the preparation of requests for additional funds from Unity House to transform "Heavenly Road" into a syndicated television series, including the documents identified in Counts 1 through 4 of this First Superseding Indictment.

11. It was further a part of the scheme to defraud Unity House that after M.L. received additional funds from Unity House in 1995 to try and transform "Heavenly Road" into a television series, CABRAL repeatedly telephoned M.L. and his associate, D.J., in an effort to obtain more of the $150,000 of the kickback money owed to her.

12. It was further a part of the scheme to defraud Unity House that CABRAL assisted M.L. in trying to obtain financing to transform "Heavenly Road" into a syndicated television series, including faxing the document identified in Count 5 of this First Superseding Indictment.

4

13. It was further a part of the scheme to defraud Unity House that RODRIGUEZ helped M.L. develop a story line that would transform the movie "Heavenly Road" into a television show called "Blue Hawaii," including faxing the documents identified in Counts 6 through 8 of this First Superseding Indictment.

14. It was further a part of the scheme to defraud Unity House that CABRAL agreed to assist RODRIGUEZ in avoiding the payment of income taxes by using the $150,000 kickback that she anticipated receiving in order to pay the federal income taxes on the total commissions that she had received and shared with RODRIGUEZ from a $10 million Unity House investment in prime bank notes with North Pacific Investments, Inc.

15. It was further a part of the conspiracy to defraud Unity House that RODRIGUEZ did not file a federal income tax return for the calendar year 1993.

IV. **THE USE OF THE WIRES IN FURTHERANCE OF THE SCHEME TO DEFRAUD UNITY HOUSE**

16. On or about the dates set forth below, in the District of Hawaii and elsewhere, and in order to execute and attempt to execute the scheme to defraud Unity House, and in order to aid and abet that scheme to defraud Unity House, defendants RODERICK RODRIGUEZ and ROBERTA L.K. CABRAL knowingly and intentionally transmitted, caused to be transmitted, and aided and abetted in the transmission by means of wire in interstate commerce, wirings, signs, signals, pictures, and

sounds, that is, by telephone facsimile, with each transmission constituting a separate count of this Indictment:

| COUNT | DATE | SENDER | RECIPIENT | ITEM TRANSMITTED |
|---|---|---|---|---|
| 1 | 05/09/95 | M.L. (in Calif) | A.R. (in Hawaii) | A memorandum requesting the disbursement of $25,472.61 from Unity House to M.L. |
| 2 | 05/18/95 | M.L. (in Calif) | J.W. (in Hawaii) | A memorandum requesting the disbursement of $12,078.21 from Unity House to M.L. |
| 3 | 06/06/95 | M.L. (in Calif) | J.W. (in Hawaii) | A letter requesting the disbursement of $12,270.87 |
| 4 | 06/14/95 | M.L. (in Calif) | J.W. (in Hawaii) | A memo requesting the disbursement of $2,613.35 |
| 5 | 08/04/95 | CABRAL (in Hawaii) | M.L. & S.L. (in Calif.) | A transmittal that forwarded a letter that CABRAL received from B.G. regarding her efforts to obtain financing to transform "Heavenly Road" into a television series |
| 6 | 09/05/95 | RODRIGUEZ (in Hawaii) | M.L. (in Calif.) | A memorandum regarding assistance in having the movie "Heavenly Road" transformed into a series |
| 7 | 04/29/96 | RODRIGUEZ (in Hawaii) | M.L. (in Calif.) | A document that edited "Blue Hawaii: A Proposal for Global Presentation of an Episodic Television and Multimedia Marketing Effort" |
| 8 | 04/30/96 | RODRIGUEZ (in Hawaii) | M.L. (in Calif.) | A memorandum and attachments regarding the revised proposal for M.L. to present for the proposed new television series "Blue Hawaii" |

6

All in violation of Title 18, United States Code, Sections 1343 and 2.

Dated: __7/27/00__, 2000, at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

USA v. RODERICK RODRIGUEZ and ROBERTA L.K. CABRAL
"First Superseding Indictment" - Cr. No. 00-00192 DAE

7