FAX *orig to be sent*

01/05/2006 09.08 FAX                                                              ☑008/008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JUL 05 2006

at _____o'clock and _____min. ___M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA       )
                               )
        vs.                    )
                               )   CRIMINAL NO. CR 00-00192MLR-02
ROBERTA L.K. CABRAL            )
                               )
                               )

## ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that she be permitted to leave the jurisdiction of the United States and travel to New Zealand and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 7/5/2006 through on or about 7/15/2006.

Dated: 7/5/2006 at Honolulu, Hawaii.

_____
Manuel L. Real
MANUEL L. REAL
U.S. District Judge