FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 06 2006

at 1 o'clock and 30 min M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 00-00192MLR-02 |
| ) | |
| ROBERTA L.K. CABRAL ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that she be permitted to leave the jurisdiction of the United States and travel to Papeete, Tahiti, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 9/9/06 through on or about 9/17/06.

Dated: ~~August 29, 2006~~ SEPT 6, 2006, at Honolulu, Hawaii.

_____
MANUEL L. REAL
U.S. District Judge