ORIGINAL

308 541 1303          U.S. DISTRICT COURT                    02:46:40 p.m.     03-16-2007        5 /5

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MAR 20 2007

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

UNITED STATES OF AMERICA    )
                            )
        vs.                 )    CRIMINAL NO. CR 00-00192MLR-02
                            )
ROBERTA L.K. CABRAL         )
                            )
_____)

## ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that she be permitted to leave the jurisdiction of the United States and travel to New Zealand, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 3/22/2007 through on or about 3/31/2007.

Dated: March 19, 2007, at Honolulu, Hawaii.

MANUEL L. REAL
U.S. District Judge