PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

# United States District Court
## FOR THE

### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

ROBERTA L.K. CABRAL

Criminal No.  CR 00-00192MLR-02

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 5/17/07, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

DEREK M. KIM
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 24th day of May, 2007.

MANUEL L. REAL
U.S. DISTRICT JUDGE